# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

SERVED

LUCAS G. BURGER

v.

ALLIED COLLECTION SERVICES INC., doing business as, ALLIED BUSINESS SERVICES, INC.

Case No. 1:22-cv-00179-RJJ-RSK
Hon. Robert J. Jonker

TO: ALLIED COLLECTION SERVICES INC., doing business as, ALLIED BUSINESS SERVICES, INC.
ADDRESS: NATIONAL REGISTERED AGENTS INC.
40600 ANN ARBOR RD E STE 201
PLYMOUTH MI 48170

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

CLERK OF COURT

By: Deputy Clerk

March 08, 2022
Date

---

## PROOF OF SERVICE

This summons for __ALLIED COLLECTION SERVICES INC., doing business as ALLIED BUSINESS SERVICES, INC.__ was received by me on _____
(name of individual and title, if any)                                                                                   (date)

☐ I personally served the summons on the individual at _____
on _____                                                                                                          (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                       (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                     (name of individual)
of process on behalf of _____ on _____.
                                            (name of organization)                                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date:_____                                                            _____
                                                                                                       Server's signature

Additional information regarding attempted service, etc.:              _____
                                                                                                       Server's printed name and title

                                                                                                 _____
                                                                                                       Server's address

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-00179

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLIED COLLECTION SERVICES INC. C/O The Corporation Company was received by me on *(date)* 3-11-2022.

[ ]    I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ]    I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X]    I served the summons on *(name of individual)* Kathy Hunter, who is designated by law to accept service of process on behalf of *(name of organization)* ALLIED COLLECTION SERVICES INC. C/O The Corporation Company on *(date)* 3/17/2022; or

[ ]    I returned the subpoena unexecuted because:_____

[ ]    Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-17-2022

*Server's signature*

Scott VanOchten
Process Server

*Printed name and title*

Swift Process Servers, LLC
4337 E. Grand River #101
Howell, MI 48843-7595

*Server's address*

Additional information regarding attempted service, etc.:

DOCUMENTS SERVED:
Summons In A Civil Action with Complaint

DESCRIPTION OF PERSON SERVED:
Age: 45, Sex: F, Race/Skin Color: Caucasian, Height: 5'2", Weight: 225, Hair: Blonde, Glasses: N

