UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>UCAS</small> G. B<small>URGER</small>,

    Plaintiff,

v.

A<small>LLIED</small> C<small>OLLECTION</small> S<small>ERVICES</small>, I<small>NC</small>.,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:22-cv-179

## **ENTRY OF DEFAULT**

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) Allied Collection Services, Inc. failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff(s) and in accordance with the rules of this court, default is hereby entered against defendant(s) Allied Collection Services, Inc. according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ M. Garcia

Date:  May 17, 2022                        By: Deputy Clerk