UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCAS G. BURGER,

    Plaintiff,

v.

CASE NO. 1:22-cv-179

HON. ROBERT J. JONKER

ALLIED COLLECTION SERVICES, INC.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

The Court records reveal that default was entered against Defendant on May 17, 2022. The Court records further indicate that Plaintiff has failed to request entry of a default judgment against Defendant. Therefore,

**IT IS ORDERED** that Plaintiff shall either file his request for default judgment by **June 21, 2022**, or show cause in writing why the Court should not dismiss the case for lack of prosecution under W.D. Mich. LCivR 41.1.

Date:  June 7, 2022             /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE